United States District Court
Southern District of Texas
**ENTERED**
February 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL MICAH HARDMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-3869 |
| | § | |
| DIVERSIFIED ADJUSTMENT SERVICE INC., | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

In accordance with the court's Order granting Defendant Diversified Adjustment Service Inc.'s Rule 12(c) Dismissal Motion, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 22nd day of Februrary, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE